UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELVIN TEO,

                Plaintiff,

- against -

CLEVELAND BIOLABS, INC., LEA VERNY, RANDY S. SALUCK, ALEXANDER ANDRYUSHECHKIN, DANIIL TALYANSKIY, ANNA EVDOKIMOVA, IVAN FEDYUNIN, HIGH STREET ACQUISITION CORPORATION, and CYTOCOM, INC.,

                Defendants.

**ORDER**

21 Civ. 2187 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The initial pretrial conference scheduled for June 25, 2021 is adjourned <u>sine die</u>. The parties will submit a joint letter every thirty days advising the Court of any developments concerning the shareholder vote on the merger transaction at issue in this case.

Dated: New York, New York
       June 14, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge