UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELVIN TEO,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CLEVELAND BIOLABS, INC., LEA VERNY, RANDY S. SALUCK, ALEXANDER ANDRYUSHECHKIN, DANIIL TALYANSKIY, ANNA EVDOKIMOVA, IVAN FEDYUNIN, HIGH STREET ACQUISITION CORPORATION, and CYTOCOM, INC.,<br><br>　　　　　Defendants. | Case No.: 1:21-cv-02187-PGG<br><br><br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Melvin Teo ("Plaintiff") voluntarily dismisses this action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: July 14, 2021

**BRODSKY SMITH**

By: */s/ Evan J. Smith*
　　Evan J. Smith
　　240 Mineola Boulevard
　　Mineola, NY  11501
　　Phone:  (516) 741-4977
　　Facsimile (561) 741-0626

　　*Counsel for Plaintiff*

SO ORDERED.

*[signature: Paul G. Gardephe]*

Paul G. Gardephe
United States District Judge
　Dated: July 16, 2021